UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMAS EDWARD CAMPBELL                                        PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:18CV376TSL-RHW

TERRANCE KELLY, ET AL.                                       DEFENDANTS

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on January 25, 2019 and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on January 25, 2019 be, and the same is hereby adopted as the finding of this court. It follows that the complaint is dismissed without prejudice as to defendant Terrance Kelly.

SO ORDERED this 25th day of February, 2019.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE